CHARLES FELTMAN, Respondent, *v.* LOUIS MANESSE et al., Copartners under the Firm Name of MANESSE & Co., Appellants, Impleaded with Another.

(Argued November 26, 1934; decided December 31, 1934.)

458

*John M. Blake* for appellants.
*Wilber W. Chambers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.